UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

FRANK EDWARD SCHIEFEL, JR,

        Plaintiff,

v.

GREGORY S. ZYBURT et al.,

        Defendants.

_____/

Case No. 2:25-cv-183

Honorable Ray Kent

### JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 20, 2025              /s/ Ray Kent
                                        Ray Kent
                                        United States Magistrate Judge